# APRIL 2010 CALENDAR

### The District Court of the 1st Judicial District.
### County of Lewis and Clark.

STATE OF MONTANA,
    Plaintiff,                     CAUSE NO. BDC-2008-186
vs.                                 DECISION
MARCH BECKER,
    Defendant.

On November 19, 2009, the defendant was sentenced for violation of the conditions of a deferred sentence for the offense of Forgery, a felony, to a commitment to the Department of Corrections for a period of twenty (20) years with fifteen (15) years suspended. The foregoing sentence shall run concurrently with the sentence imposed upon the defendant in Cause No. BDC-2008-221 of Lewis and Clark County.

On April 2, 2010, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present via videoconference and was represented by Kris Copenhaver. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there

is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 2nd day of April, 2010.

DATED this 19th day of April, 2010.

Chairperson, Hon. Blair Jones, Member, Hon. Richard Simonton and Member, Hon. Ray Dayton.